UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOVIN OKOTH MARCO,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Defendants. | Case No. 25-cv-10766-JD<br><br>**ORDER OF TRANSFER** |

This is a habeas case brought by an immigration detainee pursuant to 28 U.S.C. § 2241. Petitioner Bovin Okoth Marco challenges his detention by the United States Immigration and Customs Enforcement at the California City Detention Facility in Kern County, California, which is located in the Eastern District of California. Dkt. No. 1 ¶ 12. The petition was filed while he was detained at that location. *Id.* Consequently, the case is transferred to the Eastern District of California, as that is the district of detention. *See* 28 U.S.C. §§ 1406(a), 2241(a); *Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

**IT IS SO ORDERED.**

Dated: December 18, 2025

JAMES DONATO
United States District Judge